IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

DARRIUS DEQUES WILLIAMS,    *
             *
  Plaintiff,       *
             *
    v.        *   CV 125-154
             *
RICHARD ROUNDTREE, et al.,   *
             *
  Defendants.      *
             *

## O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice.  (Doc. 18.)  All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE.**  The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.  Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of June, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA